Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTORS IN POSSESSSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **EMORY INDUSTRIAL SERVICES 1, INC.** | § § § | CASE NO. 25-44148-mxm11 |
| | § | |
| **EMORY DRY ICE 1, INC. F/K/A EMORY DRY ICE, INC.** | § § § | CASE NO. 25-44150-mxm11 |
| | § | |
| **EMORY INDUSTRIAL PRODUCTS, INC.** | § § § | CASE NO. 25-44151-mxm11 |
| | § | |
| **EMORY INDUSTRIAL SERVICES, INC. F/K/A EMORY DRY ICE, INC.** | § § § | CASE NO. 25-44153-mxm11 |
| | § | |
| **EMORY INDUSTRIAL HOLDINGS, INC.** | § § § | CASE NO. 25-44155-mxm11 |
| | § | **EXPEDITED HEARING** |
| *Debtors.* | § | **REQUESTED** |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR USE AT THE NOVEMBER 6, 2025 HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TO THE HONORABLE MARK X. MULLIN UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Emory Industrial Services 1, Inc., and its debtor affiliates, as debtors and

Debtors in Possession in in the above-reference chapter 11 cases (collectively, the "<u>Debtors</u>")[1] and hereby file this *Witness and Exhibit List* for use at the November 6, 2025, hearing on *Motion for Entry of Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure* (the "<u>Witness and Exhibit List</u>") and respectfully state as follows:

**WITNESSES**

Debtor may call the following witnesses to testify at the hearing:

1.   Charles L. Wolfe

All witnesses designated or called by any other party.

Debtors reserve the right to call additional witnesses as may be deemed necessary and appropriate at the hearing.

**EXHIBITS**

Debtors may introduce or request judicial notice of the following exhibits at the hearing:

1.   Corporate Structure Organization Chart

2.   Proposed *Order Regarding Filing of Pleadings and Directing Joint Administration of Cases*

All exhibits designated or offered by any other party.

All schedules, pleadings, proofs of claim and matters of record as reflected on the case docket sheet and claims register in this proceeding.

Debtors reserve the right to introduce additional exhibits as may be necessary and appropriate at the hearings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Emory Industrial Services 1, Inc. (2008), Emory Dry Ice 1, Inc. f/k/a Emory Dry Ice, Inc. (1107), Emory Industrial Products, Inc. (9263), Emory Industrial Services, Inc. f/k/a Emory Dry Ice, Inc. (8878), and Emory Industrial Holdings, Inc. (0448).

Dated this the 3rd day of November 2025.

        Respectfully submitted,

        ROCHELLE MCCULLOUGH, LLP
        300 Throckmorton, Suite 520
        Fort Worth, TX 76102
        Telephone: 817.347.5260
        Facsimile: 817.347.5269
        http://www.romclaw.com

By:    */s/ Joseph F. Postnikoff*
        Joseph F. Postnikoff
        State Bar No. 16168320
        Email: jpostnkoff@romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November 2025, a copy of the foregoing Witness and Exhibit List was served via ECF to the parties registered with the Court to receive ECF and electronic mail to the parties listed below:

| Name | Party | Email Address |
| --- | --- | --- |
| **Emory Industrial Services 1, Inc.** | | |
| Erin Schmidt | United States Trustee | erin.schmidt2@usdoj.gov |
| Elizabeth Young | | Elizabeth.A.Young@usdoj.gov |
| Susan Hersh | | susan.hersh@usdoj.gov |
| David Adams | Small Business Administration | David.g.adams@usdoj.gov |
| David Jencks | Yankton Factoring, Inc. | Davidjencks@jenckslaw.com |
| David Denton | James Pulsipher | david@brownfoxlaw.com |

| | | |
|---|---|---|
| J. Robert Forshey Emily Chow | Charles L. Wolfe | Bobby.forshey@vhh.law Emily.chow@vhh.law |
| Michael Abbott | Faegre Drinker Biddle & Realth, LLP | Michael.abbott@faegredrinker.com |
| | Enterprise Fleet Management | ARBilling@efleets.com |
| L. Hulvey | Mi-Sher Fleet Specialist | lhulvey@mi-sher.com |
| Christopher Murphy Kimberly Walsh | Texas Comptroller Public Accounts | christopher.murphy@oag.texas.gov Kimberly.Walsh@oag.texas.gov |
| A. Owen | RandO LLC | Aowen1609@gmail.com |
| | Whiting Systems, Inc. | sales@whitingsystems.com |
| | Three Diamond Capital Holdings, LLC | |
| | Fieldpoint Service Applications, Inc. | accounting@fieldpoint.net |
| Jim Ray | GreatAmerica Financial Services Corporation | jray@greatamerican.com |
| | NORMco Pump & Power | sales@normcopump.com |
| Liam Anderson | Investigo LLC | Liam.anderson@globalcreditrecoveries.com |
| Allen D. Russell | Cintas Corporation No. 2 | arussell@taylor.com |
| | Republic Services | |
| Timothy Howell | Reliant Dry Ice, Ltd. | thowell@mph-law.com |
| | Cherokee Rental | |
| Mike Matulis | Allianz / Euler Hermes North American Insurance | Mike.matulis@eulerhermes.com |
| | BE Power Equipment USA, Inc. | jems@bepressure.com |
| | C&D Sandblasting, LLC | |
| Julie Anne Parsons | Midland Central Appraisal District CAD of Taylor County | jparsons@mvbalaw.com |
| **Emory Industrial Services, Inc.** | | |
| Anthony De Lancey | Anthony De Lancey | tamatony@yahoo.com |
| Zach Kouri | Zach Kouri | zkouri@hotmail.com |
| | American Express | |
| HG Sitton | Sitton Family Trust | hgsitt@aol.com |
| Stephanie Siegrist | Stephanie Siegrist | ssiegrist@icloud.com |
| Brian Pascal Cweren | 8225 Dorado, LP | bcweren@cwerenlaw.com |
| **Emory Industrial Holdings, Inc.** | | |
| | Brent Cossey | |
| William P. Dunne, III | Steve Kissner | wdunne@os.law |
| William P. Dunne, III | Blue Gray | wdunne@os.law |
| William P. Dunne, III | Jennifer & Aaron Gabrielson | Wdunne@os.law |
| | Rise Business Consulting | risebusconsulting@invlicehome.com |
| | Safeguard Business Systems, Inc. | |
| **Emory Industrial Products, Inc.** | | |
| Michael S. Martinez | Adrian Rendon | msmartinez@mhlegalgroup.com |

| Michael S. Martinez | Rich Rendon | msmartinez@mhlegalgroup.com |
|---|---|---|
| J. Frost | Zeco, Inc. | jfrost@lubbocklawfirm.com |
| **Emory Dry Ice 1, Inc**. | | |
| Peter Hofer | Peter Hofer | Hofer20002000@hotmail.com |
| Mike | Intent Sciences, LLC | mike@intentsciences.com |
| John T. Howe | Vincenzo Favale and Kelly Lynn Favale | jhowe@jfak.com |
| | Cold Jet, LLC | |
| | Tank Holding Corp. | |
| John Kendrick Turner | Dallas County | Dallas.bankruptcy@lgbs.com |

                               */s/ Joseph F. Postnikoff*
                               Joseph F. Postnikoff