```
                          Emory Industrial
                          Services, Inc.
                               (DE)
         ┌──────────────────┬───────────────┬──────────────────┐
Emory Industrial    Emory Industrial    Emory Inspection    Emory Dy Ice 1, Inc.
Products, Inc.      Services 1, Inc.    Services, Inc.      (f/k/a Emory Dry Ice,
     (DE)                (DE)                (DE)                Inc.) (DE)
      │                   │
R3mediate, LLC      Victory Fleet
     (TX)           Service, LLC
                         (TX)

                    R3 Industrial
                    Cleaning Services,
                    LLC (TX)

                    GMB Oilfield
                    Supply, LLC
                         (TX)
```

**EXHIBIT 1**