Fill in this information to identify the case:

Debtor Name  **Emory Industrial Services 1, Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
                                                                              (State)

Case number (If known):  **25-44148-11**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**2. Cash on hand** | | | _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Coleman County State Bank** | **Checking account** | **2  4  6  2** | $580.31 |
| 3.2. **Coleman County State Bank** | **Checking account** | **2  1  7  9** | $74,767.20 |

**4. Other cash equivalents** *(Identify all)*

4.1 _____  _____
4.2 _____  _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $75,347.51

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____  _____

Debtor   **Emory Industrial Services 1, Inc.**
_____
Name

Case number *(if known)* **25-44148-11**
_____

| | | |
|---|---|---|
| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    [ _____ ]

---

| **Part 3:** | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less:   _____ - _____ =..... ➔   _____
      face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   _____ - _____ =..... ➔   _____
      face amount              doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [ _____ ]

---

| **Part 4:** | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 | **Victory Fleet Service, LLC** | **100.00%** | **FMV** | **$0.00** |
| 15.2 | **R3 Industrial Cleaning Services, LLC** | **100.00%** | **FMV** | **$0.00** |
| 15.3 | **GMB Oilfield Supply, LLC** | **100.00%** | **FMV** | **$0.00** |

---

Debtor   **Emory Industrial Services 1, Inc.**                                    Case number *(if known)* 25-44148-11
_____Name_____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____        _____        _____

    16.2 _____        _____        _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                              | **$0.00** |

| **Part 5:** | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                              | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |

---

Debtor **Emory Industrial Services 1, Inc.**

Name

Case number *(if known)* **25-44148-11**

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor   **Emory Industrial Services 1, Inc.**

Name

Case number *(if known)* 25-44148-11

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor   **Emory Industrial Services 1, Inc.**
Name

Case number *(if known)* **25-44148-11**

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____   _____  _____  _____

48.2 _____   _____  _____  _____

49. **Aircraft and accessories**

49.1 _____   _____  _____  _____

49.2 _____   _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**Equipment described on attached Exhibit 50** _____   **unknown**  _____  **unknown**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.   [_____]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   [_____]

---

Debtor   **Emory Industrial Services 1, Inc.**                               Case number *(if known)* 25-44148-11
         Name

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

❏ No

❏ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❏ No

❏ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                         _____

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

❏ No

❏ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❏ No

❏ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❏ No

❏ Yes

| Part 11: | All other assets |
|---|---|

Debtor  **Emory Industrial Services 1, Inc.**                                    Case number *(if known)* **25-44148-11**
        Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____ = ➔   _____
                           Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____                            _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against Toro Complete Services, Inc.**                                  **$3,000,000.00**

Nature of claim      **Breach of Contract**

Amount requested        **$3,000,000.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            _____

Nature of claim      _____

Amount requested      _____

**76.** **Trusts, equitable or future interests in property**

_____                            _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Claim for Employee Retention Tax Credit**                                  **$1,292,414.89**

**Proceeds of sale of equipment held by Victory Fleet Services**              **unknown**

**Intercompany Receivables -- To be supplemented**                            **unknown**

**Claim for Employee Retention Tax Credit**                                  **$212,420.00**

---

| Debtor | Emory Industrial Services 1, Inc. | Case number (if known) 25-44148-11 |
|---|---|---|
| | Name | |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

$4,504,834.89

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $75,347.51 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | unknown | |
| 88. **Real property.** Copy line 56, Part 9.......................................................➔ | | |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | | |
| 90. **All other assets.** Copy line 78, Part 11. | + $4,504,834.89 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $4,580,182.40 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ | | $4,580,182.40 |

Fill in this information to identify the case:

Debtor name __**Emory Industrial Services 1, Inc.**__

United States Bankruptcy Court for the: __**Northern**__    District of    __**Texas**__
(State)

Case number (if known): __**25-44148-11**__

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1** **Creditor's name**

__Charles L. Wolfe__

**Creditor's mailing address**

__201 Mesquite Street__

__Abilene, TX 79601__

**Creditor's email address, if known**

__charles.l.wolfe@gmail.com__

**Date debt was incurred** __10/10/2025__

**Last 4 digits of account
number** __ __ __ __

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

__See continuation page.__

**Describe debtor's property that is subject to a lien**

Claims against Toro Complete Services, Inc., Claim for
Employee Retention Tax Credit, Coleman County State
Bank, Coleman County State Bank, GMB Oilfield
Supply, LLC, R3 Industrial Cleaning Services, LLC,
Equipment described on attached Exhibit 50, Victory
Fleet Service, LLC

**Describe the lien**

__UCC-1 Financing Statement__

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **$160,000.00** | **$3,287,767.51** |
|---|---|---|---|

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
    Page, if any.**    $28,333,878.40

Debtor  **Emory Industrial Services 1, Inc.**
_____
Name

Case number (if known) **25-44148-11**
_____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Charles L. Wolfe**
_____

**Creditor's mailing address**

**201 Mesquite Street**
_____

**Abilene, TX 79601**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Claim for Employee Retention Tax Credit, Coleman County State Bank, Coleman County State Bank, GMB Oilfield Supply, LLC, Claims against Toro Complete Services, Inc., R3 Industrial Cleaning Services, LLC, Equipment described on attached Exhibit 50, Victory Fleet Service, LLC, Motor vehicle

**Describe the lien**

**UCC-1 Financing Statement**
_____

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,000,000.00

$3,287,767.51

| Debtor | **Emory Industrial Services 1, Inc.** | Case number (if known) | **25-44148-11** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**James Pulsipher**

**Creditor's mailing address**

**c/o David S. Denton**
**Brown Fox PLLC**

**6303 Cowboys Way 450**

**Frisco, TX 75034-1956**

**Creditor's email address, if known**

**david@brownfoxlaw.com**

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Equipment described on attached Exhibit 50. Claim for Employee Retention Tax Credit. Claims against Toro Complete Services, Inc.

**$1,250,000.00**   **$3,212,420.00**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| Debtor | Emory Industrial Services 1, Inc. | Case number (if known) | 25-44148-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.4  Creditor's name**

**Midland Central Appraisal District**

**Creditor's mailing address**

**4631 Andrews Hwy**

**Midland, TX 79703**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Equipment described on attached Exhibit 50

**Describe the lien**

**Equipment**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $22,875.59 | unknown |
|---|---|

---

**2.5  Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Po 3918**

**Portland, OR 97208**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Claim for Employee Retention Tax Credit, Claim for Employee Retention Tax Credit, Claims against Toro Complete Services, Inc., Coleman County State Bank, Coleman County State Bank, GMB Oilfield Supply, LLC, Proceeds of sale of equipment held by Victory Fleet Services, R3 Industrial Cleaning Services, LLC, Equipment described on attached Exhibit 50, Victory Fleet Service, LLC

**Describe the lien**

**UCC-1 Financing Statement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $436,897.45 | $4,580,182.40 |
|---|---|

---

Debtor   **Emory Industrial Services 1, Inc.**
_____   Case number (if known) __25-44148-11__
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** **Creditor's name**

**Yankton Factoring, Inc.**

**Creditor's mailing address**

**c/o David J. Jencks**
**Jencks Law, PC**

**PO Box 442**

**Madison, SD 57042**

**Creditor's email address, if known**

**davidjencks@jenckslaw.com**

Date debt was incurred          __2019__

Last 4 digits of account       __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Claim for Employee Retention Tax Credit, Coleman County State Bank, Coleman County State Bank, GMB Oilfield Supply, LLC, Claims against Toro Complete Services, Inc., R3 Industrial Cleaning Services, LLC, Equipment described on attached Exhibit 50, Victory Fleet Service, LLC

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| | $5,464,105.36 | $3,287,767.51 |

Debtor  **Emory Industrial Services 1, Inc.**
　　　Name

Case number (if known)  **25-44148-11**

| Part 1: | Additional Page |
| --- | --- |

| **2.1** | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
| --- | --- | --- |
| | **Charles L. Wolfe** | For Claims against Toro Complete Services, Inc.: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Small Business Administration; For Claim for Employee Retention Tax Credit: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Small Business Administration; For Coleman County State Bank: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For Coleman County State Bank: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For GMB Oilfield Supply, LLC: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For R3 Industrial Cleaning Services, LLC: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For Equipment described on attached Exhibit 50: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Midland Central Appraisal District; 6) Small Business Administration; For Victory Fleet Service, LLC: **1) Charles L. Wolfe**; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; 4) Small Business Administration |

| **2.2** | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
| --- | --- | --- |
| | **Charles L. Wolfe** | For Claim for Employee Retention Tax Credit: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Small Business Administration; For Coleman County State Bank: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For Coleman County State Bank: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For GMB Oilfield Supply, LLC: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For Claims against Toro Complete Services, Inc.: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Small Business Administration; For R3 Industrial Cleaning Services, LLC: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) Yankton Factoring, Inc.; 4) Small Business Administration; For Equipment described on attached Exhibit 50: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Midland Central Appraisal District; 6) Small Business Administration; For Victory Fleet Service, LLC: 1) Charles L. Wolfe; **2) Charles L. Wolfe**; 3) Yankton Factoring, Inc.; 4) Small Business Administration |

| **2.5** | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
| --- | --- | --- |
| | **Small Business Administration** | For Claim for Employee Retention Tax Credit: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; **5) Small Business Administration**; For Claims against Toro Complete Services, Inc.: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; **5) Small Business Administration**; For Coleman County State Bank: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; **4) Small Business Administration**; For Coleman County State Bank: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; **4) Small Business Administration**; For GMB Oilfield Supply, LLC: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; **4) Small Business Administration**; For R3 Industrial Cleaning Services, LLC: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; **4) Small Business Administration**; For Equipment described on attached Exhibit 50: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) James Pulsipher; 4) Yankton Factoring, Inc.; 5) Midland Central Appraisal District; **6) Small Business Administration**; For Victory Fleet Service, LLC: 1) Charles L. Wolfe; 2) Charles L. Wolfe; 3) Yankton Factoring, Inc.; **4) Small Business Administration** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Emory Industrial Services 1, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-44148-11** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Alabama Department of Revenue**

**Legal Division**

**PO Box 320001**

**Montgomery, AL 36132**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**          Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

**Alaska Department of Revenue**

**PO Box 110400**

**Juneau, AK 99811**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$15.00**          Priority amount: **$15.00**

Debtor    **Emory Industrial Services 1, Inc.**    Case number *(if known)*    **25-44148-11**
Name

## Part 1: Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.14 | $200.14 |
|---|---|---|---|---|

**Arkansas Department of Finance and Admin**

**PO Box 919**

**Little Rock, AR 72201**

Date or dates debt was incurred

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,120.00 | $3,120.00 |
|---|---|---|---|---|

**California Dept Tax and Fee Adm**

**Account Information Group, MIC:29**

**P.O. Box 942879**

**Sacramento, CA 94279-0029**

Date or dates debt was incurred

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,835.07 | $2,835.07 |
|---|---|---|---|---|

**Colorado Department of Revenue**

**P.O. Box 17087**

**Denver, CO 80217-0087**

Date or dates debt was incurred

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.90 | unknown |
|---|---|---|---|
| **Commonwealth of Massachusetts** | ☐ Contingent | | |
| **PO Box 847840** | ☐ Unliquidated | | |
| **Boston, MA 02284** | ☐ Disputed | | |

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Taxes**

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,804.57 | $8,804.57 |
|---|---|---|---|
| **Illinois Department of Revenue** | ☐ Contingent | | |
| **Bankruptcy Unit** | ☐ Unliquidated | | |
| **PO Box BOX 19035** | ☐ Disputed | | |
| **Springfield, IL 62794-9035** | | | |

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Taxes**

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,553.29 | $4,553.29 |
|---|---|---|---|
| **Indiana Dept of Workforce Development** | ☐ Contingent | | |
| **PO Box 847** | ☐ Unliquidated | | |
| **Indianapolis, IN 46206-0847** | ☐ Disputed | | |

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Taxes**

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:**</div> Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

**Iowa Department of Revenue**

**1305 E. Walnut St**

**Des Moines, IA 50319**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: unknown   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address

**Kansas Department of Revenue**

**PO Box 3506**

**Topeka, KS 66625-3506**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: unknown   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.12**

**Priority creditor's name and mailing address**

**Kentucky Department of Revenue**

**501 High Street**

**Frankfort, KY 40601**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| unknown | unknown |
|---|---|

---

**2.13**

**Priority creditor's name and mailing address**

**Louisiana Department of Revenue**

**Po Box 201**

**Baton Rouge, LA 70821-0201**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

| $4,809.03 | $4,809.03 |
|---|---|

---

**2.14**

**Priority creditor's name and mailing address**

**Maine Department of Revenue**

**PO Box 9106**

**Augusta, ME 04332-9106**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| $1,551.61 | $1,551.61 |
|---|---|

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.15** | Priority creditor's name and mailing address

**Minnesota Department of Revenue**

**600 N. Robert St.**

**Saint Paul, MN 55146**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:   **unknown**   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Missouri Department of Revenue**

**PO Box Box 358**

**Jefferson City, MO 65105-0840**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:   **$5,120.53**   **$5,120.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Nebraska Department of Revenue**

**1313 Farnam Street**

**Omaha, NE 68102**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:   **$9,549.29**   **$9,549.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485.04 | $485.04

**Nevada Department of Taxation**

**3850 Arrowhead Drive**

**Carson City, NV 89706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

**Taxes**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown

**New Jersey Division of Taxation**

**PO Box 999**

**Trenton, NJ 08646-0999**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,965.85 | $8,965.85

**New Mexico Department of Revenue**

**1200 St. Francis Drive**

**Santa Fe, NM 87505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

| Part 1: | Additional Page |
|---|---|

**2.21** | Priority creditor's name and mailing address

**Ohio Department of Taxation**

**Box 2678**

**Columbus, OH 43216-2678**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    $2,089.69    $2,089.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

**Oklahoma Department of Revenue**

**300 N. Broadway Ave**

**Oklahoma City, OK 73102**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    $2,720.04    $2,720.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23** | Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**PO Box 280905**

**Harrisburg, PA 17128-0905**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    $8,088.24    $8,088.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.24** | Priority creditor's name and mailing address

**South Dakota Department of Revenue**

**445 East Capitol Avenue**

**Pierre, SD 57501-3185**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Taxes** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.25** | Priority creditor's name and mailing address

**Tennessee Department of Revenue**

**500 Deadrich Street**

**Nashville, TN 37242**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,758.27          $1,758.27

---

**2.26** | Priority creditor's name and mailing address

**Texas Comptroller Public Accounts**

**Revenue Accounting**
**Division-Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Taxes** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$217,807.47          $0.00

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |
|---|---|---|---|---|

**Virginia Tax**

**Bankruptcy**

**PO Box 2156**

**Richmond, VA 23218-2156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**2024**

**Basis for the Claim:**

**Withholding**

**Last 4 digits of account number  -  0  0  1**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.04 | $97.04 |
|---|---|---|---|---|

**Washington State Department of Revenue**

**Attn: Bankruptcy Unit**

**2101 4th Ave, Suite 1400**

**Seattle, WA 98121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Taxes**

**Last 4 digits of account number ___ ___ ___ ___**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**WISCONSIN DEPARTMENT OF REVENUE**

**PO Box 8949**

**Madison, WI 53708-8949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Taxes**

**Last 4 digits of account number ___ ___ ___ ___**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 1:**  Additional Page</td></tr>
</table>

**2.30**

**Priority creditor's name and mailing address**

**Wyoming Department of Revenue**

**122 West 25th Street Suite E301**

**Cheyenne, WY 82002**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**     $10.00        unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address

**1st Defense Pest Control**

PO Box 14398

Odessa, TX 79768

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$119.08

**3.2** | Nonpriority creditor's name and mailing address

**8225 Dorado, LP**

c/o Brian Pascal Cweren

3311 Richmond Ave 305

Houston, TX 77098

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** | Nonpriority creditor's name and mailing address

**Airgas Safety Inc.**

PO Box 734674

Dallas, TX 75373

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$73.65

**3.4** | Nonpriority creditor's name and mailing address

**Airgas USA, LLC dba Airgas Dry Ice**

PO Box 736148

Dallas, TX 75373

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$906.89

| Debtor | **Emory Industrial Services 1, Inc.** | | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,320.00** |
|---|---|---|---|

**Albert Templeton**

**2900 S CR 1069**

**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,804.83** |
|---|---|---|---|

**Allianz**

**Euler Hermes North American Insurance**

**800 Red Brook Blvd.**

**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.42** |
|---|---|---|---|

**Allsups**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$173.34** |
|---|---|---|---|

**Ally Bank**

**PO Box 78234**

**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address
**Alpha Surface Prep LLC**

**7218 Beaver Bend Rd**

**Gilmer, TX 75645**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$8,712.00

---

**3.10** | Nonpriority creditor's name and mailing address
**Aquaone**

**PO Box 8210**

**Amarillo, TX 79114**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$30.96

---

**3.11** | Nonpriority creditor's name and mailing address
**Armadillo Hotel**

**9430 Research Blvd., Bldg 4-120**

**Austin, TX 78759**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,996.41

---

**3.12** | Nonpriority creditor's name and mailing address
**ASC Engineered Solutions LLC**

**26009 Network Place**

**Chicago, IL 60673**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$8,873.55

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,857.68
| **AT&T** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 5019 | ☐ Unliquidated |
| Carol Stream, IL 60197 | ☐ Disputed |
| | **Basis for the claim:** Utility |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.59
| **Atmos Energy** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 740353 | ☐ Unliquidated |
| Cincinnati, OH 45274-0353 | ☐ Disputed |
| | **Basis for the claim:** Utility |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,551.87
| **Baird Valve & Regulator, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 380 | ☐ Unliquidated |
| Tulsa, OK 74101 | ☐ Disputed |
| | **Basis for the claim:** Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.40
| **Barens** | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 721 | ☐ Unliquidated |
| Sumas, WA 98295 | ☐ Disputed |
| | **Basis for the claim:** Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.60 |
|---|---|---|---|

**Basin Tire & Auto**

**PO Box 568**

**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,737.78 |
|---|---|---|---|

**BE Power Equipment USA, Inc.**

**5483 Leeper Drive**

**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,815.18 |
|---|---|---|---|

**Bell Bank Equipment Finance**

**15490 101st Avenue N. Suite 200**

**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.91 |
|---|---|---|---|

**Berkshire Production Supply, Inc.**

**PO Box 670587**

**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address

**Best Blade Recycling LLC**

**2218 Oak Street**

**Abilene, TX 79602**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,795.68

---

**3.22** Nonpriority creditor's name and mailing address

**B-Line Filter & Supply**

**PO Box 4598**

**Odessa, TX 79760**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,106.26

---

**3.23** Nonpriority creditor's name and mailing address

**Border State Industries Inc.**

**PO Box 201889**

**Dallas, TX 75320**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$11,179.64

---

**3.24** Nonpriority creditor's name and mailing address

**BR Custom Fab, LLC**

**8788 N Thompson Rd**

**Miles, TX 76861**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$19,200.00

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,141.39 |
|---|---|---|---|

**Brennan Industries**

**PO Box 6252**

**Arlington, TX 76006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Bryant Park Consulting, Inc.**

**PO Box 855676**

**Minneapolis, MN 55485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,617.11 |
|---|---|---|---|

**Bulldog Specialities, LTD**

**PO Box 7037**

**Odessa, TX 79760**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,261.25 |
|---|---|---|---|

**C&D Sandblasting LLC**

**2606 West CR 114**

**Midland, TX 79706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,349.39 |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

**CAD of Taylor County**

**c/o John J. O'Connell**

**PO Box 3018**

**Abilene, TX 79601-3018**

Date or dates debt was incurred  **2023-2024**

Last 4 digits of account number  **5  2  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgement**

Is the claim subject to offset?
☑ No
☐ Yes

$14,349.39

---

**3.30** Nonpriority creditor's name and mailing address

**CAT Financial**

**901 West 94th Street**

**Minneapolis, MN 55420**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,084.54

---

**3.31** Nonpriority creditor's name and mailing address

**Catalytic Combustion Corporation**

**311 Riggs Street**

**Bloomer, WI 54724**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$13,594.82

---

**3.32** Nonpriority creditor's name and mailing address

**Cesar Torres**

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$197.00

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.33** | Nonpriority creditor's name and mailing address

**Cherokee Rental**

**PO Box 13524**

**Odessa, TX 79768-3524**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$25,851.18

---

**3.34** | Nonpriority creditor's name and mailing address

**Chevron**



Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$97.95

---

**3.35** | Nonpriority creditor's name and mailing address

**Cintas**

**PO Box 631025**

**Cincinnati, OH 45263**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$37,954.58

---

**3.36** | Nonpriority creditor's name and mailing address

**City of Longview**

**PO Box 1952**

**Longview, TX 75606**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

$158.47

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.76

**City of Odessa**

**411 W 8th Street**

**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.64

**CNC Flow Control**

**PO Box 11407 Dept 6490**

**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00

**Compliance Service Int**

**3130 N Arizona Avenue Suite 112**

**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.72

**Continental Batteries**

**4919 Woodall Street**

**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|--------|----------------------------------------|--------------------------|-----------------|
|        | Name                                   |                          |                 |

---

**Part 2:**  Additional Page

---

**3.41**  Nonpriority creditor's name and mailing address

**Corporate Filings LLC**

**30 N gould**

**Sheridan, WY 82801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$200.00

---

**3.42**  Nonpriority creditor's name and mailing address

**Crane Tech**

**PO Box 4755**

**Odessa, TX 79760**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,908.77

---

**3.43**  Nonpriority creditor's name and mailing address

**Cross Chemicals, Inc.**

**PO Box 928**

**Farmington, NM 87499**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$285.82

---

**3.44**  Nonpriority creditor's name and mailing address

**CrossPeak Solutions LLC**

**PO Box 49**

**Ottawa, IL 61350**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,440.00

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.00 |
|---|---|---|---|

**CRS Diagnostic Services, LLC**

**PO Box 13856**

**Odessa, TX 79768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.70 |
|---|---|---|---|

**CT Corporation**

**PO Box 4349**

**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**CT Corporation, As Representative**

**330 N Brand Blvd. Suite 700**

**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **5/5/2022**

Basis for the claim: **Loan**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.53 |
|---|---|---|---|

**CTRMA Texas Toll**

**1321 Rutherford Ln Suite 120**

**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.49** Nonpriority creditor's name and mailing address

CWS

PO Box 5022

Abilene, TX 79608

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.50** Nonpriority creditor's name and mailing address

Dariusz Gordon

c/o Gerald L. Jorgensen
Jorgensen, Brownell & Pepin PC

5285 McWinney Blvd. 100

Loveland, CO 80538

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.51** Nonpriority creditor's name and mailing address

Deanne Rowland

901 NE Silkwood Street

Grimes, IA 50111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee expense reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.52** Nonpriority creditor's name and mailing address

DISA

PO Box 123731 Dept 3731

Dallas, TX 75312

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$319.34

---

Debtor    **Emory Industrial Services 1, Inc.**
Name

Case number *(if known)*    **25-44148-11**

---

| Part 2: | Additional Page |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,065.40

**DISA Global Solutions**

**PO Box 123731 Dept 3731**

**Dallas, TX 75312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,357.97

**Documentation Inc**

**PO Box 660831**

**Dallas, TX 75266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,085.54

**Double Valve Ball and Seat**

**627 W First St**

**Odessa, TX 79761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.00

**Easy Climate Solutions**

**OP 538**

**Aromas, CA 95004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Emory Industries c/o Travis Correll**

**301 Pruitt Road Apt 320**

**Spring, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advances**

Is the claim subject to offset?
☑ No
☐ Yes

$154,947.31

---

**3.58** Nonpriority creditor's name and mailing address

**Enclave**

**3589 West 16th Street**

**Odessa, TX 79763**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,200.00

---

**3.59** Nonpriority creditor's name and mailing address

**Enterprise Fleet Management**

**PO Box 800089**

**Kansas City, MO 64180**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Leased vehicles**

Is the claim subject to offset?
☑ No
☐ Yes

$643,744.83

---

**3.60** Nonpriority creditor's name and mailing address

**Faegre Drinker Biddle & Realth LLP**

**Michael Abbott**

**PO Box 1450**

**Minneapolis, MN 55485**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset?
☑ No
☐ Yes

$76,300.18

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $192.66 |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | **PO Box 94515** | ☐ Unliquidated | |
| | **Palatine, IL 60094** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  — — — — | ☑ No<br>☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,298.40 |
|---|---|---|---|
| | **Ferguson Industrial #2735** | ☐ Contingent | |
| | **PO Box 847411** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  — — — — | ☑ No<br>☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $51,135.00 |
|---|---|---|---|
| | **Fieldpoint Service Applications Inc.** | ☐ Contingent | |
| | **3601 Walnut St Suite 400** | ☐ Unliquidated | |
| | **Denver, CO 80205** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  — — — — | ☑ No<br>☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $724.04 |
|---|---|---|---|
| | **Four States Gasket and Rubber** | ☐ Contingent | |
| | **475 E. Cedar** | ☐ Unliquidated | |
| | **Farmington, NM 87401** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  — — — — | ☑ No<br>☐ Yes | |

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,835.00 |
|---|---|---|---|

**Fuel Mark**

**PO Box 69192**

**Odessa, TX 79769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $333.99 |
|---|---|---|---|

**Gasket Service, Inc.**

**PO Box 2373**

**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15,320.32 |
|---|---|---|---|

**Geotab USA, Inc.**

**PO Box 735965**

**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,015.63 |
|---|---|---|---|

**GM Financial**

**PO Box 78143**

**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.69** Nonpriority creditor's name and mailing address

**Grande Communications**

**PO Box 679367**

**Dallas, TX 75267**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,276.20

---

**3.70** Nonpriority creditor's name and mailing address

**GreatAmerica Financial Svs Corporation**

**625 1st St Se Ste 800**

**Cedar Rapids, IA 52401-2031**

Date or dates debt was incurred    **2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease damages**

Is the claim subject to offset?
☑ No
☐ Yes

$46,092.56

---

**3.71** Nonpriority creditor's name and mailing address

**Green Real Estate, Inc dba Oil Patch**

**4164 CR 1037**

**Greenville, TX 75401**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,508.30

---

**3.72** Nonpriority creditor's name and mailing address

**H&D Distributors, Inc.**

**1373 Round Table Drive**

**Dallas, TX 75247**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,565.67

---

Debtor    **Emory Industrial Services 1, Inc.**                                    Case number *(if known)*    **25-44148-11**

Name

---

**Part 2:**   Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,636.00 |
|---|---|---|---|

**Harcros Chemicals Inc.**

**2627 Weir Street**

**Dallas, TX 75212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.01 |
|---|---|---|---|

**Harley Burnett**

**234 Callahan View Ave**

**Tuscola, TX 79562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:  **Expense reimbursement**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.31 |
|---|---|---|---|

**High Desert Safety**

**301 S. Frontier St**

**Bloomfield, NM 87413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,918.25 |
|---|---|---|---|

**HIT Ventures**

**PO Box 6006**

**Abilene, TX 79608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Hobas Pipe USA**

**1413 E Richey Rd #3508**

**Houston, TX 77073-3508**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,700.00 |
|---|---|---|---|

**Hollywood Blasting & Coating**

**2105 W 39th Street**

**Odessa, TX 79764**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Holmes Murphy and Associates**

**PO Box 8364**

**Des Moines, IA 50301**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,795.00 |
|---|---|---|---|

**Houston Fastener Manufacturing, Inc.**

**PO Box 11407 Dept 11407**

**Birmingham, AL 35246**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.26 |
|---|---|---|---|

**3.81**
Nonpriority creditor's name and mailing address

**Industrial Oils Unlimited, LLC**

**PO Box 100 Dept 1620**

**Bixby, OK 74008**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$833.26

---

**3.82**
Nonpriority creditor's name and mailing address

**Inter-American "Oil Works", Inc.**

**PO Box 69170**

**Odessa, TX 79769**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,900.00

---

**3.83**
Nonpriority creditor's name and mailing address

**Investigo LLC**

**77 Water Street, 24th Floor**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$44,241.50

---

**3.84**
Nonpriority creditor's name and mailing address

**Iron Mule Products**

**PO Box 238**

**Cassville, MO 65625**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,443.90

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|--------|----------------------------------------|--------------------------|-----------------|
|        | Name | | |

---

**Part 2:**   Additional Page

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.60

**Jaime Murillo**

**11068 Whitehall Drive**

**El Paso, TX 79934**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.92

**Kevin Henske**

**8005 Ballater Drive**

**Fort Worth, TX 76123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.68

**Kimball Midwest**

**Dept L-2780**

**Columbus, OH 43260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,693.97

**Lessee Direct Payment Center**

**PO Box 41602**

**Philadelphia, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

**Linde Gas & Equipment Inc.**

**PO Box 120812 Dept 0812**

**Dallas, TX 75312**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,676.89

---

**3.90** Nonpriority creditor's name and mailing address

**LK Specialities, LLC**

**PO Box 62617**

**Midland, TX 79711**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,442.76

---

**3.91** Nonpriority creditor's name and mailing address

**LubeZone, Inc.**

**1506 W 2nd Street**

**Odessa, TX 79763**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$507.00

---

**3.92** Nonpriority creditor's name and mailing address

**Lynden Transport**

**PO Box 3725**

**Seattle, WA 98124**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,083.01

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.93** | Nonpriority creditor's name and mailing address

**Lynn Harris**

**7218 Beaver Bend Rd**

**Seattle, WA 98124**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$424.88

---

**3.94** | Nonpriority creditor's name and mailing address

**M&N Metals**

**2624 Kermit Highway**

**Odessa, TX 79763**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$738.00

---

**3.95** | Nonpriority creditor's name and mailing address

**Makena Sales Co**

**PO Box 9197**

**Wichita Falls, TX 76308**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,874.75

---

**3.96** | Nonpriority creditor's name and mailing address

**Mario Manufacturing, Inc.**

**PO Box 53231**

**Lafayette, LA 70505**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,095.00

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $783.43 |
|---|---|---|---|

**Matheson Tri-Gas**

PO Box 123028 Dept 3028

Dallas, TX 75312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,918.99 |
|---|---|---|---|

**McCarty Equipment**

PO Box 841388

Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,437.74 |
|---|---|---|---|

**Midland Industries**

PO Box 415040

Kansas City, MO 64141

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,318.31 |
|---|---|---|---|

**Midwestern**

PO Box 1361

Tulsa, OK 74182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.101** | Nonpriority creditor's name and mailing address

**Mi-Sher Fleet Specialist**

**2765 S Florance Rd**

**Ponder, TX 76259**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$359,526.73

---

**3.102** | Nonpriority creditor's name and mailing address

**National Benefit Services**

**PO Box 219494**

**Kansas City, MO 64121**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$225.00

---

**3.103** | Nonpriority creditor's name and mailing address

**National Oilwell Varco, LP**

**PO Box 207068**

**Dallas, TX 75320**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$696.15

---

**3.104** | Nonpriority creditor's name and mailing address

**NORMco Pump & Power**

**38894 Lake Rd.**

**Shawnee, OK 74801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$45,426.34

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$412.14**

**NTTA**

**P.O. Box 260928**

**Plano, TX 75026-0928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$703.63**

**Odessa Print Shop**

**718 N Jackson**

**Odessa, TX 79761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,128.82**

**Old Dominion Freight Line**

**PO Box 841324**

**Dallas, TX 75284-1324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36.31**

**Olivia Antione**

**209 Hartford Ave**

**Des Moines, IA 50313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.00 |
|---|---|---|---|

OTA-Plate Pay

PO Box 248935

Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $524.02 |
|---|---|---|---|

Permian Basin Metal Hose, LLC

6400 El Paso

Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $234.90 |
|---|---|---|---|

Pest Patrol

PO Box 3516

Abilene, TX 79604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,052.60 |
|---|---|---|---|

PRL Manufacturing

4946 E 66th North

Tulsa, OK 74117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="3">Additional Page</td></tr>
</table>

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.30 |
|---|---|---|---|

**Purity Oilfield Services, LLC**

**PO Box 201114**

**Dallas, TX 75320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212,380.00 |
|---|---|---|---|

**RandO LLC**

**8462 Spinks Rd.**

**Abilene, TX 79603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Raymond Leasing Corporation**

**22 South Canal Street**

**Greene, NY 13778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,927.18 |
|---|---|---|---|

**Reclaimed Cleaning Textiles, LLC**

**10777 Shady Trail**

**Dallas, TX 75220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.117** Nonpriority creditor's name and mailing address

Reliant Dry Ice, Ltd.

c/o Timothy D. Howell

306 West 7th Street 504

Fort Worth, TX 76102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$29,020.60

**3.118** Nonpriority creditor's name and mailing address

Republic Services

8220 W Hwy 80

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$35,025.15

**3.119** Nonpriority creditor's name and mailing address

RMA Toll Processing

PO Box 734182

Dallas, TX 75373-4182

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14.53

**3.120** Nonpriority creditor's name and mailing address

Roe Containers

1109 South 8th Street

Merkel, TX 79536

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,251.88

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,140.83 |
|---|---|---|---|
| | **RPS Incorporated** | ☐ Contingent | |
| | **1711 South Street** | ☐ Unliquidated | |
| | **Merkel, TX 79536** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,075.89 |
|---|---|---|---|
| | **Ruan Car Leasing** | ☐ Contingent | |
| | **11207 NW Aurora Avenue** | ☐ Unliquidated | |
| | **Urbandale, IA 50322** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,324.43 |
|---|---|---|---|
| | **Samoa Corporation** | ☐ Contingent | |
| | **90 Monticello Road** | ☐ Unliquidated | |
| | **Urbandale, IA 50322** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,781.44 |
|---|---|---|---|
| | **Santa Fe Apartments** | ☐ Contingent | |
| | **5010 W. Loop 250 N** | ☐ Unliquidated | |
| | **Midland, TX 79706** | ☐ Disputed | |
| | | **Basis for the claim:** Trade debt | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.125** Nonpriority creditor's name and mailing address

**Shelton Consulting, LLC**

**PO Box 334**

**Ankeny, IA 50021**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$875.00

---

**3.126** Nonpriority creditor's name and mailing address

**Sims Plastic Inc**

**PO Box 13380**

**Odessa, TX 79768**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$437.25

---

**3.127** Nonpriority creditor's name and mailing address

**South West Bank**

**c/o Amber James**
**The James Firm**

**1610 5th Ave**

**Fort Worth, TX 76104-4324**

Date or dates debt was incurred **2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.128** Nonpriority creditor's name and mailing address

**Southwest Commercial Capital, Inc.**

**c/o Amber James**
**The James Firm**

**1610 5th Ave**

**Fort Worth, TX 76104-4324**

Date or dates debt was incurred **2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Southwestern Electric Power Company**

**428 Travis St.**

**Shreveport, LA 71101**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,161.42

---

**3.130** | **Nonpriority creditor's name and mailing address**

**STENS**

**1919 Hospitality Dr.**

**Jasper, IN 47546**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.70

---

**3.131** | **Nonpriority creditor's name and mailing address**

**Stericycle, Inc.**

**28883 Network Place**

**Chicago, IL 60673**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$259.86

---

**3.132** | **Nonpriority creditor's name and mailing address**

**Stout Images**

**PO Box 70525**

**Odessa, TX 79769**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,347.20

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,651.64 |
|---|---|---|---|

**3.133** Nonpriority creditor's name and mailing address

Texas Pride Fuels, Ltd

PO Box 732559

Dallas, TX 75373

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

**$5,651.64**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

Thermo Fluids

PO Box 734867

Abilene, TX 79602

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

**$2,853.41**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

Three Diamond Capital Holdings, LLC

831 Crossbridge Dr.

Spring, TX 77373

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

**$53,650.00**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

Tolar Systems Inc.

PO Box 3376

Abilene, TX 79604

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

**$14,246.20**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,025.00**

**Tracy Moore**

**11950 Bammel**

**San Antonio, TX 78213**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Travis Correll**

**301 Pruitt Road Apt 320**

**Spring, TX 77380**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Expense reimbursement**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,442.73**

**United Oil & Grease**

**PO Box 5647**

**Abilene, TX 79608**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,492.78**

**United Rentals**

**PO Box 840514**

**Dallas, TX 75284**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$94.84** |

**Universal Background Screening**

PO Box 743134

Los Angeles, CA 90074

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,392.55** |

**Veloci Performance Products**

11901 Portland Avenue

Burnsville, MN 55337

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,644.98** |

**Wagner Supply Company**

PO Box 225387

Dallas, TX 75222

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$271.56** |

**Warren Cat**

PO Box 842116

Dallas, TX 75284-2116

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$310.00** |
|---|---|---|---|

**Wayside Radiator Shop**

1339 E 2nd Street

Odessa, TX 79761

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150.00** |
|---|---|---|---|

**West Texas Safety Training Center**

4601 Hartford St

Abilene, TX 79605

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7.19** |
|---|---|---|---|

**Western First Aid & Safety**

PO Box 735151

Dallas, TX 75373

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,401.50** |
|---|---|---|---|

**Wheeler Trigg O'Donnell**

PO Box 17782

Denver, CO 80217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | Emory Industrial Services 1, Inc. | Case number *(if known)* | 25-44148-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.149** | **Nonpriority creditor's name and mailing address**

Whiting Systems, Inc.

9000 Highway 5 North

Alexander, AR 72002

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$106,169.03

---

**3.150** | **Nonpriority creditor's name and mailing address**

William Borsberry

c/o M. Paul Skrabanek

24 Greenway Plaza 500

Houston, TX 77046

Date or dates debt was incurred  6/4/2023

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Personal Injury Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.151** | **Nonpriority creditor's name and mailing address**

Willyard Welding, LLC

12100 East CR 115

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.152** | **Nonpriority creditor's name and mailing address**

WNS Lowery

PO Box 772260

Detroit, MI 48277

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

| Debtor | **Emory Industrial Services 1, Inc.** | Case number *(if known)* | **25-44148-11** |
|--------|-----------|-----------|-----------|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **John J. O'Connell**<br>**McCreary, Veselka, Bragg & Allen, PC**<br>**PO Box 3018**<br>**Abilene, TX 79604-3018** | Line **3.29**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor __**Emory Industrial Services 1, Inc.**_____   Case number *(if known)* ____**25-44148-11**____
　　　　　Name

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**　　**Add the amounts of priority and nonpriority unsecured claims.**

| | **Total of claim amounts** |
| --- | --- |
| 5a.　**Total claims from Part 1** | 5a. | **$282,606.07** |
| 5b.　**Total claims from Part 2** | 5b. + | **$2,537,174.55** |
| 5c.　**Total of Parts 1 and 2**　Lines 5a + 5b = 5c. | 5c. | **$2,819,780.62** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Emory Industrial Services 1, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-44148-11** Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Emory Industrial Services 1, Inc.**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
                                                                              (State)

Case number (If known): ___**25-44148-11**_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Emory Dry Ice 1, Inc.** | **201 Mesquite Street**<br>Street<br><br>**Abilene, TX 79601**<br>City          State          ZIP Code | **Charles L. Wolfe** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Emory Industrial Holdings, Inc.** | **201 Mesquite Street**<br>Street<br><br>**Abilene, TX 79601**<br>City          State          ZIP Code | **Charles L. Wolfe** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Emory Industrial Products, Inc.** | **201 Mesquite Street**<br>Street<br><br>**Abilene, TX 79601**<br>City          State          ZIP Code | **Charles L. Wolfe** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Emory Industrial Services, Inc.** | **201 Mesquite Street Suite 1**<br>Street<br><br>**Abilene, TX 79601**<br>City          State          ZIP Code | **Charles L. Wolfe** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Emory Industrial Services 1, Inc.** | Case number (if known) | **25-44148-11** |
|---|---|---|---|
| | Name | | |

### ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name     **Emory Industrial Services 1, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):    **25-44148-11**    Chapter   **11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*........................................................................................

     **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*....................................................................................

     **$4,580,182.40**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*......................................................................................

     **$4,580,182.40**

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$28,333,878.40**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

     **$282,606.07**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

     **+   $2,537,174.55**

4. **Total liabilities**...................................................................................................................

   Lines 2 + 3a + 3b

   **$31,153,659.02**

| Fill in this information to identify the case: |
| --- |

Debtor name      **Emory Industrial Services 1, Inc.**

United States Bankruptcy Court for the:

        **Northern District of Texas**

Case number (if known):    **25-44148-11**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/10/2025**
       MM/ DD/ YYYY

**X** **/s/ Charles L. Wolfe**
Signature of individual signing on behalf of debtor

**Charles L. Wolfe**
Printed name

**Director**
Position or relationship to debtor

Emory Industrial Services 1, Inc.　　APPRAISAL　　Exhibit to Schedule B -47.1 Equipment

EMORY INDUSTRIAL SERVICES

| Asset Type | Sub Asset Type | Emory Unit # | Make | Model | VIN/Serial# | Notes |
|---|---|---|---|---|---|---|
| Air Compressor | IC - Air Compressor | | Sullair | Sullair - 375HHAF | 201808160023 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201812100049 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201607150029 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201810300030 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201905100050 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201810290050 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201811080045 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201811080014 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201907030029 | |
| Air Compressor | DIC - Air Compressor | | Sullair | Sullair - 400DHH | 201811070020 | |
| Air Compressor | IC - Air Compressor | | Sullair | Sullair - 400DHH | 4W0AS2125JM821026 | ON TRAILER 774, VALUE FOR COMPRESSOR ONLY |
| Air Compressor | Air Compressor | | Sullair | Sullair - 400HH | 201808210026 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 602 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 633 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 604 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 634 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 605 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 635 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 607 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 694 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 608 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 693 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 609 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 664 | |
| Blasting Equipment | DIC - Ice Blasting Machine | Owned | Cold Jet | Cold Jet - Select 60 | 2A0236 - G1 - K - 407 | |
| Blasting Equipment | DIC - Ice Blasting Machine | Owned | Cold Jet | Cold Jet - Select 60 | 2A0236 - G1 - G - 242 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 611 | Cold Jet | Cold Jet - Select 60 | A0236 - G1 - J - 357 | |
| Blasting Equipment | DIC - Ice Blasting Machine | 610 | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 665 | |
| Blasting Equipment | DIC - Ice Blasting Machine | Owned | Cold Jet | Cold Jet - Select 60 | SDI SEL 60 - 627 | |
| Blasting Equipment | DIC - Ice Blasting Machine | Owned | Cold Jet | Cold Jet - Select 60 | 2A0236 - G1 - C - 158 | |
| Blasting Equipment | IC - Ice Blasting Machine | 454 | Cold Jet | PLT 60 | 01708 | |
| Blasting Equipment | IC - Ice Blasting Machine | 452 | Cold Jet | PLT 60 | 01251 | |
| Blasting Equipment | IC - Slurry Blasting Machine | Owned | Farrow | Farrow - F250 | FS0252 | |
| Blasting Equipment | IC - Slurry Blasting Machine | Owned | Farrow | Farrow - F650 | FS0292 | |
| Blasting Equipment | IC - Slurry Blasting Machine | Owned | Farrow | Farrow - F650 | FS62008 | |
| | Jobox | | Kobalt | | | (7) Total, $120/ea |
| | Pallet Rack Crossbeams | | | | | |
| | Plasma Cutting Table | | | LOT SCRAP IN YARD | | Outside, Scrap Value |
| | Sandblasting Unit | | | MARCO PORTABLE | | |
| | Sandblasting Unit | | | MARCO PORTABLE | | |
| | Sandblasting Unit | | | MARCO PORTABLE | | |