Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTORS IN POSSESSSION

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **EMORY INDUSTRIAL SERVICES 1, INC.,** | § | |
| et al., [1] | § | Case No. 25-44148-mxm11 |
| | § | |
| **Debtors.** | § | Jointly Administered |

### RULE 2016 DISCLOSURE OF COMPENSATION OF
### ROCHELLE MCCULLOUGH, LLP

1. Emory Industrial Services 1, Inc., and its debtor affiliates, as debtors and debtors in Possession in in the above-reference chapter 11 cases (collectively, the "Debtors") filed Voluntary Petitions for relief under chapter 11 of the United States Bankruptcy Code on October 27, 2025 ("Petition Date"). Debtors have continued to operate as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. In order to undertake this reorganization proceeding, Debtors engaged the services of the Rochelle McCullough, LLP ("ROMC") to serve as general bankruptcy counsel. ROMC maintains its Fort Worth offices at 300 Throckmorton Street, Suite 520, Fort Worth, Texas 76102.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Emory Industrial Services 1, Inc. (2008), Emory Dry Ice 1, Inc. f/k/a Emory Dry Ice, Inc. (1107), Emory Industrial Products, Inc. (9263), Emory Industrial Services, Inc. f/k/a Emory Dry Ice, Inc. (8878), and Emory Industrial Holdings, Inc. (0448).

3. In connection with this proceeding, the Debtors paid to ROMC a pre-petition bankruptcy retainer fee in the amount of $58,690 (the "Retainer Fee"). The Retainer Fee included the bankruptcy filing fees for each of the five debtor cases in the amount of $1,738.00. The source of the retainer fee was a pre-petition loan made to the Debtors by Charlie Wolfe. Immediately prior to commencement of the subject bankruptcy case, ROMC applied the Retainer Fee to the outstanding balance due for services rendered pre-petition and the bankruptcy filing fees. The retainer fee is fully exhausted.

4. During the year immediately preceding the commencement of the subject bankruptcy cases, ROMC provided legal services to the Debtors including defense of pending litigation and negotiations with creditors ROMC was compensated for those services rendered. ROMC was not a creditor of the Debtors on the Petition Date.

5. Subject to the Court's approval, ROMC will charge the Debtors for legal services on an hourly basis in accordance with ordinary and customary hourly rates as in effect on the date services are provided. The source of compensation anticipated to be paid to ROMC for professional services rendered and to be rendered on behalf of the Debtors shall be funds of the Debtors' estates.

6. In addition to compensation for professional services rendered, ROMC shall seek reimbursement for reasonable and necessary expenses incurred in connection with this proceeding, including, but not limited to transportation, lodging, telephone, messenger services, postage and copying.

7. ROMC understands that compensation for services rendered to Debtors will be subject to allowance by this Court pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules and orders of this Court and intends to apply for compensation

for professional services rendered in connection with this case and for reimbursement of actual and necessary expenses incurred in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and rules and order of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this the 10th day of November 2025.

Respectfully submitted,

ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com


By: ___/s/ Joseph F. Postnikoff_____
    Joseph F. Postnikoff
    State Bar No. 16168320
    Email: jpostnikoff@romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of November 2025, a copy of the foregoing Disclosure was served via ECF on the parties registered with the Court to receive ECF.

    /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff